```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

UNITED STATES OF AMERICA      )
                              )
                              )
        v.                    )    Cr. No. 10-CR-00085-SM
                              )
                              )
BEATRICE MUNYENYEZI,          )
Defendant                     )

## GOVERNMENT'S WITNESS LIST

The United States respectfully submits the following list of witnesses in this matter.

### Witnesses
Rony Zachariah, Luxembourg
Timothy Longman, Boston
Eric Benn, Washington, DC
Scott Strauss, Wisconsin
Gregory Townsend, the Hague

### Citizenship and Immigration Services
Donald Monica, Washington, DC
Christy Salidzik, Boston, MA
Maurice Violo, Manchester, NH
Michael Spaniol, Boston, MA

### Department of State
Donald Heflin, Washington, DC
Stephen Rapp, Washington, DC

### Homeland Security Investigations
Thomas Brian Andersen
Geoffrey Howes
Jason Fox
John Posthumus
Edward Bradstreet
Candice Kelly
Scott Labor
Mark Furtado
Timothy Irving
Randy Reeves
Joseph Iannacone

### Rwandan
Cyren Musana
Jean Paul Rutaganda
Thierry Sebaganwa
Canisius Bizimana

Bruno Nzeyimana
Venantie Nyirabahire
Consolee Mukeshimana
Vestine Nyiraminani
Vincent Sibomana
Richard Kamanzi
Agnes Murebwanayo
Emmaunel Niyitigeka
Esperance Kayange

                              Respectfully submitted,

                              Donald Feith
                              Attorney for the United States,

                              Acting Under Authority
                              Conferred by 28 U.S.C. 515

                By:    /s/ Aloke Chakravarty
                              Aloke S. Chakravarty
                              John A. Capin
                              Special Assistant U.S. Attorneys

Date:     January 30, 2013

<u>CERTIFICATE OF SERVICE</u>

    I, Aloke Chakravarty, Special Assistant U.S. Attorney, certify that I caused a copy of the government's Witness List be served by electronic notice on the defendant's attorney:

David W. Ruoff & Mark E. Howard
1850 Elm St.
Manchester, NH 03014

on January 30, 2013

                                          <u>/s/ Aloke Chakravarty</u>
                                          Aloke S. Chakravarty
                                          Special Assistant U.S. Attorney