UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States

v.

Case No. 10-cr-85-01-SM

Beatrice Munyenyezi

ORDER RE RETURN OF POSTED COLLATERAL

Judgment having been rendered in the above-captioned case, the Clerk is directed to return to defendant's counsel the following documents ordered as an additional condition or release on April 12, 2012, by Magistrate Judge McCafferty:

```
U.S. Passport #104565868 - Simbi Delice Ntahobari
U.S. Passport #104565869 - Charlene Izere Ntahobari
U.S. Passport #104565866 - Saro Eliza Ntahobari

Refugee Travel Document #A71669675 - Simbi Delice Ntahobari
Refugee Travel Document #A71669676 - Saro Eliza Ntahobari
Refugee Travel Document #A71669674  - Izere Charlene Ntahobari
```

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Date: July 15, 2013

cc: U.S. Attorney
    U.S. Marshal
    U.S. Probation
    Mark Howard, Esq.
    David Ruoff, Esq.